# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 5, 2015

## NO. 03-14-00485-CV

**John Reed, Jr., Appellant**

**v.**

**Farmers Insurance Group, Appellee**

## APPEAL FROM 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on July 1, 2014. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.